FILED
MAR -6 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   Criminal Case No. '08CR 663
                                 )
            Plaintiff,           )   I N F O R M A T I O N
                                 )
      v.                         )   Title 8, U.S.C., Sec. 1326(a) -
                                 )   Deported Alien Found in the
JESUS SALTO-QUEVEDO,             )   United States (Felony)
                                 )
            Defendant.           )
_____)

The United States Attorney charges:

On or about February 8, 2008, within the Southern District of California, defendant JESUS SALTO-QUEVEDO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: 3/6/08       .

                            KAREN P. HEWITT
                            United States Attorney

                            JEFFREY D. MOORE
                            Assistant U.S. Attorney

JDM:mg:San Diego
2/12/08